REJECTED PURSUANT TO RULE 79.2(C)

Nos. PD-0490 AND 0491-15

In the Court of the Criminal Appeals

JOE POLANCO, Appellant

vs.

THE STATE OF TEXAS, Appellee

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta. Clerk

**On Appeal from the Court of Appeals Nos. 05-14-00212-CR and 05-14-00213-CR
Trial Court Cause Nos. 401-81063-2011, 401-80435-2012**

## MOTION FOR REHEARING ON PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Joe Polanco, Appellant, and files this Motion for Rehearing on Petition for Discretionary Review.   As grounds in support of this Motion, Appellant states the following:

1.  On September 10, 2015, the Appellant submitted a Petition for Discretionary Review to said Court.

2.  On November 4, 2015, the Appellant received from said Court a letter indicating that Appellant's Pro Se Petition for Discretionary Review had been refused.

3.  Appellant was unable to seek counsel as he did not have the means for such representation.

4.  Being that Appellant did not have the means for private representation, he applied for state assistance, and was denied.

5.  This caused a hardship on Appellant who had to move forward with his appeal in a *pro se* manner.

6.  Each Defendant is entitled to legal counsel pursuant to Art. 1.051(b)(c)(d) of the Code of Criminal Procedure.  Given the fact that Appellant did not have the means

1

for private counsel, he should have been entitled to obtain the services of a court appointed attorney.

7. Pursuant to Rule 38.6(b) of the Texas Rules of Appellate Procedure, once the Appellant submits his brief, the Appellee has thirty days after the filing of Appellant's brief to submit its brief to the Court. Appellee filed to filed their brief in a timely manner.

8. In fact, it wasn't until 118 days from the date that Appellant filed his brief that they submitted the State's brief.

9. If the State required additional time to file its brief, then it should have requested such relief from the Court. That was not done.

10. Pursuant to Rule 38.6(c), Appellant had twenty days from the date the State filed its brief to submit a reply brief. He was not given the opportunity to rebut their brief.

11. Appellant believes that due to the 5th Court of Criminal Appeals decision to allow the State to submit their brief, prejudiced the outcome of his case.

12. Just as Appellant is required to comply with the Texas Rules of Appellate Procedure, the State should be required to comply and be timely with its filings.

## PRAYER

Appellant prays that he be granted the relief requested in this motion and that said Court reconsider its position and accept Appellant's Petition for Discretionary Review.

Respectfully submitted,

JOE POLANCO
*pro se*
2309 Coolmist Creek
Little Elm, Texas 75069
Telephone: (972) 404-6818

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Greg Willis, John R. Rolater, Jr., and Zeke Fortenberry, Collin County District Attorney, 2100 Bloomdale Road, Suite 100, McKinney Texas 75071-8313 this _____ day of November, 2015.

_____
JOE POLANCO
*pro se*

Joe Polanco
2309 Coolmist Creek
Little Elm, Texas 75069

Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

UNITED STATES POSTAGE
PITNEY BOWES
$ 001.25⁰
02  1P
0001730069  NOV 19  2015
MAILED FROM ZIP CODE 88001